# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARRY RASHAD HARRIS,
          Appellant,
    vs.
THE STATE OF NEVADA,
          Respondent.

No. 80578

**FILED**

MAR 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal "from the Supreme Court of Nevada order on 12/19/19." Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order of affirmance. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that the document can be construed as a petition for rehearing of this court's December 19, 2019, Order of Affirmance in Docket No. 76774, it was untimely filed. *See* NRAP 40(a)(1). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-09007

cc: Hon. Eric Johnson, District Judge
Barry Rashad Harris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2